IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED, | | |
| Plaintiffs, | | |
| v. | | C.A. No.: 20-cv-00201-CFC |
| HOSPIRA, INC. and PFIZER INC., | | |
| Defendants. | | |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Hospira, Inc. and Pfizer Inc., by and through their undersigned counsel, respectfully move to dismiss Amgen Inc. and Amgen Manufacturing, Limited's complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief may be granted. The grounds for this Motion are set forth in Defendants' Opening Brief in Support of Motion to Dismiss.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

OF COUNSEL:

Charles B. Klein
Jovial Wong
Claire A. Fundakowski
WINSTON & STRAWN LLP
1700 K. Street, N.W.
Washington DC 20006

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7300
dgattuso@hegh.law

202- 282-5000
cklein@winston.com
jwong@winston.com
cfundakowski@winston.com

Alison M. Heydorn
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
312-558-5600
aheydorn@winston.com

*Attorneys for Defendants Hospira, Inc. and Pfizer Inc.*

Dated:  March 4, 2020