## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>                    Plaintiffs,<br><br>     v.<br><br>HOSPIRA, INC. and PFIZER INC.,<br><br>                    Defendants. | C.A. No. 20-201-CFC |

## <u>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned counsel and subject to the approval of the Court, that: (1) the deadline for Plaintiffs to file their answering brief in opposition to Defendants' Motion to Dismiss (D.I. 12) is extended through and including April 1, 2020; and (2) the deadline for Defendants to file their reply brief in support of their Motion to Dismiss is extended by one week.

| | |
|---|---|
| */s/ Katharine Lester Mowery* | */s/ Dominick T. Gattuso* |
| Robert W. Whetzel (#2288) | Dominick T. Gattuso (#3630) |
| Katharine Lester Mowery (#5629) | Heyman Enerio Gattuso & Hirzel LLP |
| Tyler E. Cragg (#6398) | 300 Delaware Avenue, Suite 200 |
| RICHARDS, LAYTON & FINGER, P.A. | Wilmington, DE 19801 |
| 920 North King Street | (302) 472-7300 |
| Wilmington, DE 19801 | dgattuso@hegh.law |
| (302) 651-7700 | |
| whetzel@rlf.com | *Attorneys for Defendants Hospira, Inc. and* |
| mowery@rlf.com | *Pfizer Inc.* |
| cragg@rlf.com | |

*Attorneys for Amgen Inc. and Amgen Manufacturing, Limited*

Dated: March 11, 2020

2

IT IS SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE