**HEYMAN ENERIO GATTUSO & HIRZEL LLP**
PRACTICING THE ART OF LAW

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Tel: (302) 472-7311
dgattuso@hegh.law

March 26, 2021

**VIA EMAIL**
The Honorable Colm F. Connolly
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *Amgen Inc., et al., v. Pfizer Inc., et al.*, C.A. No. 20-201 (CFC)

Dear Judge Connolly:

    Pursuant to paragraph 17 of the Scheduling Order entered in the above-referenced action (D.I. 33), the following counsel met and conferred by telephone for thirteen (13) minutes to discuss claim construction.

Plaintiffs' Counsel:
    Katharine Lester Mowery – Richards, Layton & Finger, P.A.
    Peter Sandel – Paul, Weiss, Rifkind, Wharton & Garrison LLP
    Naz E. Wehrli – Paul, Weiss, Rifkind, Wharton & Garrison LLP

Defendants' Counsel:
    Dominick T. Gattuso – Heyman Enerio Gattuso & Hirzel LLP
    Alison Hanstead – White & Case LLP
    Kevin J. Georgek – White & Case LLP

    In advance of the meet and confer, the parties exchanged redlined drafts of an Amended Joint Claim Construction Chart, which further clarifies the parties' positions, as set forth in the Joint Claim Construction Brief (D.I. 62), and contains additional citations to intrinsic evidence that was relied upon in that brief. As a result of those exchanges and the meet and confer, the parties have stipulated to the construction of the phrase "formulating the protein," which is set forth in claim 8 of U.S. Patent No. 8,273,707 ("'707 Patent").[1] Accordingly, the parties intend to file an Amended Joint Claim Construction Chart contemporaneously with the filing of this letter.

---

[1] The parties previously agreed to a construction of the phrase "dynamic capacity," which is set forth in claims 1 and 10 of the '707 Patent. (D.I. 48).

The Honorable Colm F. Connolly
March 26, 2021
P a g e  |  2

 

Counsel are available at the convenience of the Court should Your Honor have questions in advance of the *Markman* hearing on April 26, 2021, at 9:00 a.m.

Respectfully,

/s/ Dominick T. Gattuso

Dominick T. Gattuso (#3630)

cc:    Clerk of Court (via CM-ECF)
        Plaintiffs' Counsel of Record (via CM-ECF & Email)