# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED, </br></br>Plaintiffs,</br></br>v.</br></br>HOSPIRA, INC. and PFIZER INC.,</br></br>Defendants. | )</br>)</br>)</br>)</br>)  C.A. No. 20-201-CFC</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited respectfully request oral argument on: Defendants' Motion for Summary Judgment of Non-Infringement of The Asserted Claims of U.S. Patent No. 8,273,707 (the "Motion" D.I. 79). Briefing on the Motion was completed on October 25, 2021 (D.I. 79, 86, 96).

| | |
|---|---|
| *Of Counsel:* | */s/ Tyler E. Cragg* |
| | Robert W. Whetzel (#2288) |
| Nicholas Groombridge | Katharine Lester Mowery (#5629) |
| Jennifer H. Wu | Tyler E. Cragg (#6398) |
| Jennifer Gordon | RICHARDS, LAYTON & FINGER, P.A. |
| Peter Sandel | One Rodney Square |
| Rebecca Fett | 920 North King Street |
| Naz E. Wehrli | Wilmington, Delaware 19801 |
| PAUL, WEISS, RIFKIND, WHARTON | (302) 651-7634 |
| & GARRISON LLP | whetzel@rlf.com |
| 1285 Avenue of the Americas | mowery@rlf.com |
| New York, NY 10019 | cragg@rlf.com |
| (212) 373-3000 | |
| | *Attorneys for Amgen Inc. and Amgen Manufacturing, Limited* |
| Wendy A. Whiteford | |
| Kimberlin L. Morley | |
| Paula S. Fritsch | |
| J Drew Diamond | |
| AMGEN INC. | |
| One Amgen Center Drive | |
| Thousand Oaks, CA 91320-1799 | |
| (805) 447-1000 | |

Dated: October 25, 2021