# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. AND AMGEN MANUFACTURING, LIMITED,<br><br>     Plaintiffs,<br><br>     v.<br><br>HOSPIRA, INC. AND PFIZER INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-201-CFC<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited, and Defendants Hospira, Inc. and Pfizer Inc. hereby stipulate and agree, through their undersigned counsel, that all claims and counterclaims between the parties in this action are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/ Katharine L. Mowery*<br>Robert W. Whetzel (#2288)<br>Katharine Lester Mowery (#5629)<br>Tyler E. Cragg (#6398)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>mowery@rlf.com<br>cragg@rlf.com<br><br>*Attorneys for Amgen Inc. and Amgen Manufacturing, Limited* | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>HEYMAN ENERIO GATTUSO<br>& HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Hospira, Inc. and Pfizer Inc.* |

Dated: March 18, 2022

2

IT IS SO ORDERED this _____ day of _____, 2022.

                                                  THE HONORABLE COLM F. CONNOLLY